```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                  :
JOSEPHINE M. JULES,                  :
                  :
          Plaintiff,     :    1:24-cv-10056-GHW
                  :
     -against-     :    <u>ORDER</u>
                  :
THE CITY OF NEW YORK,         :
                  :
          Defendant.  :
                  :
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      On July 21, 2025, Plaintiff filed a letter requesting that the caption in this case be amended to reflect that the City of New York is the sole defendant in this case following the July 1, 2025 amendment of Plaintiff's complaint. Dkt. No. 11. Plaintiff's request is granted. The Clerk of Court is directed to amend the caption of this case to the following caption, to reflect that there remains only one defendant in this case: *Josephine M. Jules v. The City of New York*.

SO ORDERED.

Dated:   July 23, 2025
         New York, New York

                                                _____
                                                   GREGORY H. WOODS
                                                  United States District Judge