UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPHINE M. JULES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK,<br><br>　　　　　　Defendant. | Master Docket No. 21 MC 100 (AKH)<br><br>Case No. 1:24-CV-10056-AKH |

**DECLARATION OF JOSEPH E. HOPKINS IN SUPPORT OF DEFENDANT
CITY OF NEW YORK'S FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS**

I, Joseph E. Hopkins, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at the law firm of Pellis Law Group, LLP, counsel for Defendant City of New York (the "City").

2. I am an attorney at law licensed to practice in the state of New York and admitted to practice before this court.

3. I make this Declaration based upon my personal knowledge and I am competent to attest to the matters as stated herein.

4. On October 16, 2025, at 1:13 p.m. Eastern Daylight Time, I received an e-mail from Plaintiff indicating: "Just to give you notice that I submitted a motion for leave to amend on October 14th. Pro Se Intake Unit said that it is in a que to be docketed."

5. On October 16, 2025, at approximately 1:45 p.m. Eastern Daylight Time, I received three ECF notifications indicating the filing by Plaintiff of: a "Notice of Motion to Amend/Correct Complaint"; a "Declaration of Josephine M. Jules in Support of Motion to Amend/Correct Complaint"; and a "Memorandum of Law in Support of Plaintiff's Motion for

Leave to Amend Complaint (and File a Third Amended Complaint)". Although the date on the docket for these documents appears as October 14, 2025, they were not entered on the docket until October 16, 2025. Counsel for the City is in the process of reviewing the documents and will respond to Plaintiff's motion in due course. Because the filing of Plaintiff's motion to amend does not suspend the existing deadline of October 17, 2025, for the City to respond to Plaintiff's extant Second Amended Complaint, the City is compelled to bring its Federal Rule of Civil Procedure 12(b)(6) motion regarding the Second Amended Complaint at this time.

6. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Notice of Claim served on December 13, 2023.

## DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of October, 2025.

Joseph E. Hopkins (Bar No. JH1078)
PELLIS LAW GROUP, LLP
37 North Broadway, Suite 1
Nyack, NY 10960
jhopkins@pellislaw.com
*Attorneys for Defendant, The City of New York*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing document to be served electronically via ECF this 17th day of October, 2025 to the following parties:

Josephine Jules
Dalagatan 20 A, Lgh 1201
113 24 Stockholm, Sweden
josiejules@outlook.com

                                                          /s/ *Joseph E. Hopkins*
                                                          Joseph E. Hopkins