UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPHINE M. JULES,<br><br>   Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK,<br><br>   Defendant. | Master Docket No. 21 MC 100 (AKH)<br><br><br>Case No. 1:24-CV-10056-AKH |

### DEFENDANT CITY OF NEW YORK'S NOTICE OF MOTION
### IN SUPPORT OF FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and the Declaration of Joseph E. Hopkins, Esq. and Exhibit annexed thereto, Defendant City of New York (the "City"), will move before the Honorable Alvin K. Hellerstein, Judge of the United States District Court for the Southern District of New York, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiff's Third Amended Complaint with prejudice.

                Respectfully submitted,

Dated: January 20, 2026       /s/ *Joseph E. Hopkins*
                Joseph E. Hopkins (Bar No. JH1078)
                PELLIS LAW GROUP, LLP
                37 North Broadway, Suite 1
                Nyack, NY 10960
                jhopkins@pellislaw.com

                *Attorneys for Defendant, The City of New York*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing document to be served electronically via ECF this 20th day of January, 2026 to the following parties:

Josephine Jules
Dalagatan 20 A, Lgh 1201
113 24 Stockholm, Sweden
josiejules@outlook.com

/s/ *Joseph E. Hopkins*
Joseph E. Hopkins