UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPHINE M. JULES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK,<br><br>　　　　　Defendant. | Master Docket No. 21 MC 100 (AKH)<br><br>Case No. 1:24-CV-10056-AKH |

### DECLARATION OF JOSEPH E. HOPKINS IN SUPPORT OF DEFENDANT CITY OF NEW YORK'S FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS

I, Joseph E. Hopkins, pursuant to 28 U.S.C. § 1746, declare as follows:

1.　　I am an attorney at the law firm of Pellis Law Group, LLP, counsel for Defendant City of New York (the "City").

2.　　I am an attorney at law licensed to practice in the state of New York and admitted to practice before this Court.

3.　　I make this Declaration based upon my personal knowledge and I am competent to attest to the matters as stated herein.

4.　　Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Notice of Claim served on December 13, 2023.

## **DECLARATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of January, 2026.

_____
Joseph E. Hopkins (Bar No. JH1078)
PELLIS LAW GROUP, LLP
37 North Broadway, Suite 1
Nyack, NY 10960
jhopkins@pellislaw.com
*Attorneys for Defendant, The City of New York*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing document to be served electronically via ECF this 20th day of January, 2026 to the following parties:

Josephine Jules
Dalagatan 20 A, Lgh 1201
113 24 Stockholm, Sweden
josiejules@outlook.com

/s/ *Joseph E. Hopkins*
Joseph E. Hopkins
