UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

| | : | |
|---|---|---|
| JOSPHINE M. JULES, | : | |
| *Plaintiff,* | : | **ORDER DENYING** |
| | : | **APPOINTMENT OF PRO BONO** |
| | : | **COUNSEL** |
| - against - | : | |
| | : | 24 Civ. 10056 (AKH) |
| | : | |
| THE CITY OF NEW YORK, | : | |
| | : | |
| *Defendant.* | : | |

---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS the Court has reviewed the file in this case;

WHEREAS the plaintiff has requested that counsel be appointed to her;

NOW, THEREFORE I deny the request for the appointment of pro bono counsel with permission to refile the request a later stage in the case.

The Clerk of Court shall terminate ECF No. 40.

SO ORDERED.

Dated:   February 17, 2026          _____/s/ Alvin K. Hellerstein_____
         New York, New York              ALVIN K. HELLERSTEIN
                                          United States District Judge