**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

JOSEPHINE M. JULES,

                    Plaintiff,

   against,

THE CITY OF NEW YORK,

                    Defendant.

---

Case No. 1:24-CV-10056-AKH

DECLARATION OF JOSEPHINE M. JULES IN SUPPORT OF
MOTION TO DEEM OPPOSITION TIMELY FILED NUNC PRO TUNC
AND FOR LEAVE TO FILE CORRECTED BRIEF

I, Josephine M. Jules, pursuant to 28 U.S.C § 1746, declare as follows:

1.      I am the Plaintiff proceeding pro se, and I have personal knowledge of the facts set forth in this Declaration.

2.      On March 21, 2026 at 12:07 a.m., I filed my Opposition Memorandum of Law in response to Defendant's Motion to Dismiss the Third Amended Complaint, approximately seven minutes after the scheduled deadline. My brief was prepared and ready for filing before the deadline. The brief was filed seven minutes late due to technical difficulties, not willful delay.

3.      Due to the same technical issues, a declaration and exhibit referenced in the brief were omitted from the filing. The medical language from that document appears in the brief before the Court.

4.      Defendant may calculate its reply deadline from the date of the corrected filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21ˢᵗ day of March, 2026.

*/s/ Josephine Jules*

Josephine M. Jules, Plaintiff  Pro Se

Dalagatan 20 A, Lgh 1201

113 24 Stockholm, Sweden

+ 46 72 835 67 97

josiejules@outlook.com

Stockholm, Sweden