# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JOSEPHINE M. JULES,

                    Plaintiff,

against,

THE CITY OF NEW YORK,

                    Defendant.

Case No. 1:24-CV-10056-AKH

*So ordered.*

*Alvin K. Hellerstein*

U.S.D.J.          Mar. 24, 2026

### DECLARATION OF JOSEPHINE M. JULES IN SUPPORT OF MOTION TO DEEM OPPOSITION TIMELY FILED NUNC PRO TUNC AND FOR LEAVE TO FILE CORRECTED BRIEF

I, Josephine M. Jules, pursuant to 28 U.S.C § 1746, declare as follows:

1. I am the Plaintiff proceeding pro se, and I have personal knowledge of the facts set forth in this Declaration.

2. On March 21, 2026 at 12:07 a.m., I filed my Opposition Memorandum of Law in response to Defendant's Motion to Dismiss the Third Amended Complaint, approximately seven minutes after the scheduled deadline. My brief was prepared and ready for filing before the deadline. The brief was filed seven minutes late due to technical difficulties, not willful delay.

3. Due to the same technical issues, a declaration and exhibit referenced in the brief were omitted from the filing. The medical language from that document appears in the brief before the Court.

4. Defendant may calculate its reply deadline from the date of the corrected filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of March, 2026.

Stockholm, Sweden

*/s/ Josephine Jules*

Josephine M. Jules, Plaintiff Pro Se
Dalagatan 20 A, Lgh 1201
113 24 Stockholm, Sweden
+ 46 72 835 67 97
josiejules@outlook.com

2