UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPHINE M. JULES,

                              Plaintiff,

     against,

THE CITY OF NEW YORK,

                              Defendant.

Case No. 24-cv-10056 (AKH)

DECLARATION OF JOSEPHINE M. JULES IN SUPPORT OF PLAINTIFF'S
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S FED. R. CIV. P. 12(B)(6)
MOTION TO DISMISS

I, Josephine M. Jules, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am the Plaintiff, proceeding pro se, and I have personal knowledge of the facts set forth in this Declaration.

2.      Attached hereto as **Exhibit 6** is a true and correct copy of my medical record documenting the genetic basis of my diagnosis of Left Ventricular Non-Compaction (LVNC).

3.      The medical record reflects my physician's diagnoses November 2021 confirming the genetic etiology of my LVNC diagnosis, physician stating that I am "LV noncompaction gene positive MYH7... very symptomatic, which is likely compounded by her medication intolerance."

4.      This record establishes that my LVNC is positive familial (inherited) and is a gene-positive condition present from birth, an inherited genetic condition of congenital origin that is not caused by or related to my World Trade Center exposure.

5.      This Declaration and Exhibit 6 attached hereto are submitted under the authority of this Court's Order dated March 24, 2026 (ECF Doc. No. 52).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of March, 2026.

*/s/ Josephine Jules*
Josephine M. Jules, Plaintiff, Pro Se
Dalagatan 20 A, Lgh 1201
113 24 Stockholm, Sweden
+ 46 72 835 67 97
josiejules@outlook.com

----

# Exhibit 6

Physician Notes — Genetic Basis of Plaintiff's LVNC Diagnosis

----

Dear Dr. Samuel:

I had the pleasure of meeting Josephine Jules in the Heart Function Clinic today along with Dr. Heather Ross in person on November 9, 2021. We have been following her for a diagnosis of LV noncompaction.

DIAGNOSES:
1. LV noncompaction with mild left ventricular dysfunction. Positive family history with gene positive MYH7.
2. Uterine fibroids with a history of menorrhagia, iron deficiency anemia.
3. Hypertension.
4. Query TIA in 2017, maintained on APIXABAN.
5. Incidental meningioma seen on most recent MRI brain.

MEDICATIONS:
BISOPROLOL 2.5 mg q.a.m. She is currently not taking the 1.2 mg q.p.m. as she says this makes her stay up at night. LASIX 20 mg daily, sometimes she increases this to 30 mg daily, depending on her weight. ELIQUIS 5 mg b.i.d.

ALLERGIES AND INTOLERANCES:
Ms. Jules has angioedema which may be hereditary. She is being followed by an allergist and apparently most recently saw the allergist in December 2020.
1. Anaphylactoid reaction to IRON SUCROSE I.V.
2. SPIRONOLACTONE causing flushing and chest pain and pounding in her heart.
3. HYDRALAZINE and ISORDIL caused bilateral lower leg discomfort.
4. BENADRYL.
5. PERINDOPRIL query angioedema versus hereditary angioedema.
6. Intolerance to CARVEDILOL which was stopped and converted to BISOPROLOL.

INTERVAL HISTORY:
Josephine continues to have similar symptoms as documented on her prior visits. They have not changed. There have been no admissions to hospital or any Emergency Room visits since we spoke with her in March 2021. At that visit, we were supposed to plan to see her in 1 year, but this appointment was moved up due to the onset of squeezing and stabbing pain in her chest which started around the end of September and progressed into October. She was concerned and so contacted our clinic earlier than expected. She says that since October, this discomfort has completely gone down. She continues to have issues with fatigue, exhaustion and shortness of breath on a daily basis. She says that her blood pressure in her family doctor's office was 130/75, but she does not take her blood pressures consistently at home. She keeps her weight within a 2 kg range and will take an extra dose of LASIX if her weight is going up. She had her COVID-19 vaccines this year, the first dose in April and the second dose in June. Overall, there has been no change to her clinical status.

PHYSICAL EXAMINATION:
Blood pressure 157/97, heart rate 67, weight 69.6 kg. In general, she is in no apparent distress. There is no evidence of peripheral leg edema, and her JVP is not elevated. Overall, she appears to be euvolemic.

INVESTIGATIONS:
1. Blood work November 9, 2021: HbA1c 5.4 percent, BNP less than 5.4, glucose 4.3, hemoglobin 124, white blood cells 4.6, platelets 276, sodium 139, potassium 3.6, chloride 105. INR 1.0, APTT 25.7, creatinine 59, calcium 2.46, magnesium 0.86, cholesterol 5.31, triglycerides 0.66, HDL 1.94, LDL 3.07, urate 244. Urea 2.8. C-reactive protein 1. Iron 14, transferrin 2.8, iron sat 0.21, ferritin 119.

2. ECG November 9, 2021: Normal sinus rhythm, heart rate 63 beats per minute, minimal voltage criteria for LVH. QRS duration 88 milliseconds, QTC 419 milliseconds.

3. Transthoracic echocardiogram October 29, 2021: Normal LV size with mildly reduced systolic function visually with LVEF 45 to 50 percent. Prominent trabeculations noted in the LV apex, consistent with noncompaction of the LV. No apical thrombus visualized on Definity images. Normal RV size and systolic function, severely dilated LA, mild MR. No other relevant valvular abnormalities. Compared to the previous study done on February 25, 2021, the LV function appears to be unchanged. Left atrial size has increased. The inferior vena cava is normal size with respiratory variation greater than 50 percent.

IMPRESSION:
Josephine is a 54-year-old woman with LV noncompaction, and she continues to be very symptomatic, which is likely compounded by her medication intolerance. She is coping with these tremendous limitations, and we have not made any changes to her medical therapy today. We are pleased that her blood work is stable and that her echo is unchanged. We plan to see her again in 1 year's time with repeat echo and blood work or sooner should any problems arise.

Dictated by: Dr. Rachelle Amanda Krause, MD, FRCPC
PGY-6 Cardiology
University of Toronto

Service of: Dr. Heather Joan Ross

DICTATED BUT NOT READ
Job#: 5031783