**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

JOSEPHINE M. JULES,

        Plaintiff,

v.

THE CITY OF NEW YORK,

        Defendant.

Master Docket No. 21 MC 100 (AKH)

Case No. 1:24-CV-10056-AKH

**DECLARATION OF JOSEPH E. HOPKINS IN FURTHER SUPPORT OF**
**DEFENDANT CITY OF NEW YORK'S FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS**

I, Joseph E. Hopkins, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney at the law firm of Pellis Law Group, LLP, counsel for Defendant City of New York (the "City").

2.      I am an attorney at law licensed to practice in the state of New York and admitted to practice before this court.

3.      I make this Declaration based upon my personal knowledge and I am competent to attest to the matters as stated herein.

4.      On September 9, 2024, at 5:59 p.m. Eastern Daylight Time, I sent an e-mail communication to Plaintiff indicating: "Ms. Jules – We have received the transcripts, exhibits, and video from your Section 50-h examination. We have uploaded them to a "Box" for your ease of access and review." I further indicated to Plaintiff: "If you would prefer us to load these materials onto a "flash drive" and have that physically sent to you, we can do so."

5.      On September 10, 2024, at 3:48 p.m. Eastern Daylight Time, I received an e-mail response from Plaintiff indicating: "Mr. Hopkins – Please load these materials onto a "flash drive" and have that physically sent to me at the following address: [address omitted]."

6.      On September 10, 2024, at 10:45 p.m. Eastern Daylight Time, I received a further e-mail from Plaintiff indicating: "Please send me both a physical copy, and as indicted [sic] in my prior email please also load those materials onto a "flash drive" and have that physically sent to me at the address listed below: [address omitted]."

7.      On September 12, 2024, via UPS and as outlined in an accompanying covering letter, I forwarded the following to Plaintiff:

    a.  Physical copies of Plaintiff's Section 50-h examination transcripts dated June 18, 2024, July 8, 2024, and July 17, 2024 together with Exhibits 1-3;

    b.  A USB flash drive containing digital copies of Plaintiff's Section 50-h transcripts from her examination on June 18, 2024, July 8, 2024 and July 17, 2024 together with Exhibits 1-3, and also containing the videos of Plaintiff's Section 50-h examination from June 18, 2024, July 8, 2024 and July 17, 2024; and

    c.  A returnable UPS label and pre-paid envelope for Plaintiff's use in returning her notarized errata sheets (if any).

8.      On November 22, 2024, at 10:34 p.m. Eastern Standard Time, I received an e-mail from Plaintiff forwarding her "notarized changes" to her Section 50-h transcripts. In that e-mail Plaintiff claimed: "The video recording I received is not an unaltered copy – there are audio-visual inconsistencies – audio mismatch and unnatural edits – distortions. I herby [sic] reserve any and and [sic] all pursuant to governing Rules and Procedural Laws." Plaintiff further indicated: "I asked for a copy during the deposition on the last day because I was afraid that it

would be altered. You are not my attorney but you answered the question when the Reporter asked me, "Excuse me. You're ordering a copy?" after I had said that I want a copy. You had no right to answer a question directed to me. Visually one can see how unwell I had become from weeks earlier and I was taken advantage of in my diminished state."

9.     On November 23, 2024, at 7:21 a.m. Eastern Standard Time, I responded to Plaintiff's e-mail and indicated: "The visual recording that you received is exactly what we received from the court reporting service. Our office has made no alterations or distortions or edits of any kind to the video recording and I am not aware of anyone having done so (other than whatever edits the court reporting service did)." In so indicating, I did not mean to imply that the court reporting service had made any edits or alterations of any kind to the video recording. I am unaware of any edits or alterations of any kind made to the video recording by the court reporting service.

10.     In my November 23, 2024 7:21 a.m. Eastern Standard Time e-mail to Plaintiff, I further indicated: "I will provide you with the contact information for the court reporting service so that you can contact them directly to obtain a copy of the video recording. At no time, in any way, have I acted to "take advantage" of you. Rather, I have made every effort to be accommodating and courteous. I have not viewed the video but I apologize if I interrupted you in some manner in communicating with the court reporting service. In indicating that we would provide you a copy of the video recording, I was trying to save you the significant expense of having to pay the court reporting service to obtain a copy of the transcripts and the video recording. But, of course, you are free to contact them directly and order that from them."

11.     On November 25, 2024, at 1:04 p.m. Eastern Standard Time, at my direction, our firm's senior paralegal Ms. Jennifer Horacek sent an e-mail to Plaintiff and provided her the e-

mail address, telephone number, and related job reference numbers for the court reporting service Veritext which provided court reporting and video recording services for Plaintiff's Section 50-h examination.

12.     The cost for the video recordings and transcripts of Plaintiff's Section 50-h examination was $14,480.90.

13.     At no time have I or anyone with my law firm had care, custody or control over the transcripts or video recordings from Plaintiff's Section 50-h examinations or the exhibits therefrom (other than to print physical copies of the transcripts and exhibits to send to Plaintiff and to electronically load the transcripts, videos and exhibits onto a "flash drive"). At no time have I or anyone with my law firm made any alterations, changes, distortions or edits to the transcripts or video recordings or exhibits from Plaintiff's Section 50-h examinations.

## DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of April, 2026.

Joseph E. Hopkins (Bar No. JH1078)
PELLIS LAW GROUP, LLP
37 North Broadway, Suite 1
Nyack, NY 10960
jhopkins@pellislaw.com
*Attorneys for Defendant, The City of New York*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing document to be served electronically via ECF this 17th day of April, 2026 to the following parties:

Josephine Jules
Dalagatan 20 A, Lgh 1201
113 24 Stockholm, Sweden
josiejules@outlook.com

/s/ *Joseph E. Hopkins*
Joseph E. Hopkins